UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERRILYN BELL-COKER, Individually and as Personal Representative of the Estate of MARTELL COKER, Deceased, | Case No. 1:07-cv-812 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | |
| CITY OF LANSING, a Municipal Corporation, Lansing Police Officer AARON TERRILL, Lansing Police Officer JASON PUNG, Lansing Police Officer LORIEN WILLIAMS, Lansing Police Officer DENNIS BUNCH, Lansing Police Officer SGT DEL KOSTANKO, Lansing Police Officer KEVIN SCHLAGE, Lansing Police Officer BETH LARABEE, Lansing Police Officer CEDRIC FORD, Lansing Police Officer MANDI BRUNNER, individually and in their official capacities, | |
| Defendants. | |

## JUDGMENT

In accordance with the Opinion and Order filed this date:

IT IS ORDERED that Plaintiff's complaint be DISMISSED.

**Summary judgment is GRANTED to all the individual defendants on count one**.

Pursuant to 28 U.S.C. § 1367(c), the court **DECLINES supplemental jurisdiction over all state-law claims. All state-law claims are dismissed without prejudice.**

This case is **TERMINATED** and **CLOSED**.

**IT IS SO ORDERED this 21st day of January 2009.**

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge